# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **DOUG OMMEN,** *in his capacity as Liquidator of CoOportunity Health, Inc.*, **and DAN WATKINS,** *in his capacity as Special Deputy Liquidator of CoOportunity Health, Inc.*, <br><br>  Plaintiffs, <br><br> v. <br><br> **THE UNITED STATES OF AMERICA,** <br><br>  Defendant. | No.   17-CV-00712-CFL <br> Judge Charles F. Lettow |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a), Plaintiffs voluntarily dismiss this action without prejudice. Prior to this filing, the undersigned counsel for Plaintiffs conferred with counsel for Defendants, who confirmed Defendant's agreement that this dismissal is without prejudice.

                                        Respectfully submitted,

                                        /s/ DOUGLAS J. SCHMIDT
                                        DOUGLAS J. SCHMIDT
                                        KIRSTEN A. BYRD
                                        DEREK T. TEETER
                                        MICHAEL T. RAUPP
                                        HUSCH BLACKWELL LLP
                                        4801 Main Street, Suite 1000
                                        Kansas City, MO 64112
                                        Telephone (816) 983-8000
                                        Facsimile (816) 983-8080
                                        douglas.schmidt@huschblackwell.com
                                        kirsten.byrd@huschblackwell.com
                                        derek.teeter@huschblackwell.com
                                        michael.raupp@huschblackwell.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 12, 2017, I filed a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice via the Court's ECF system, which provided electronic notice to all counsel of record.

/s/ Douglas J. Schmidt